No. 74–6053.  CULPEPER v. JOHNSON, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 74–6058.  LIPSCOMB v. ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 74–6059.  CLARK v. WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 74–6060.  MACK v. OKLAHOMA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 74–6063.  FAUGHT v. COWAN, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 74–6064.  ESSER v. JEFFES, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 74–6071.  ROSENBORGH ET AL. v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 74–6076.  PERKINS v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 74–6078.  DARNOLD v. CLANON, MEDICAL FACILITY SUPERINTENDENT.  Sup. Ct. Cal.  Certiorari denied.

No. 74–6080.  WALKER v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 74–6084.  IN RE JII.  C. A. 6th Cir.  Certiorari denied.

No. 74–6085.  BOOTON v. NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied.

No. 74–6090.  BAEZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.